Steven T. Potts
STEVEN T. POTTS, PLLC
625 Central Avenue West, Suite 200
Great Falls, Montana 59404
Telephone: (406) 452-0065
Facsimile: (406) 452-8818
e-mail: stpotts@mcn.net

Attorney for Plaintiff




FILED
CLERK OF DISTRICT COURT APR 28 2014

Clerk, U.S District Court
2014 MAR 26 PM 4:20 District Of Montana
Great Falls

MONTANA EIGHTH JUDICIAL DISTRICT COURT, CASCADE COUNTY

| | | |
|---|---|---|
| MATT KAKALECIK, | ) | Cause No. ADV-14-256 |
| Plaintiff, | ) | Gregory G. Pinski |
| -vs- | ) | COMPLAINT AND JURY DEMAND |
| HUMANA INC., and HUMANA MARKETPOINT, INC., | ) | CV-14-30-GF-BMM |
| Defendants. | ) | 343037 |

Plaintiff alleges and complains as follows:

1. Plaintiff is a citizen of the State of Montana.

2. Defendants Humana, Inc., and Humana Marketpoint, Inc., are Delaware and Kentucky corporations, respectively, with their principal place of business in Kentucky.

3. On or about August 5, 2013, Plaintiff was constructively discharged from his employment by defendants.

4 Defendants' constructive termination of Plaintiff's employment was wrongful pursuant to Montana's Wrongful Discharge from Employment Act, Sections 39-2-901 et seq.

5. Defendants' constructive termination of Plaintiff's employment was wrongful because the discharge was not for good cause and Plaintiff had completed Defendants' probationary period

of employment.

6. Plaintiff is entitled to recover from Defendants lost wages and fringe benefits for a period not to exceed four (4) years from the date of his discharge, together with interest thereon.

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For lost wages and fringe benefits for a period not to exceed four (4) years from the date of discharge, together with interest thereon.

2. For plaintiff's costs and disbursements incurred herein.

3. For such other and further relief as to the Court may seem just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues of fact raised in these proceedings.

DATED this 26th day of March, 2014.

STEVEN T. POTTS, PLLC

By_____Steven T Potts_____
625 Central Avenue West, Suite 200
Great Falls MT 59404
(Attorney for Plaintiff)